# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

| | |
|---|---|
| AMANDA PHILLIPS, )<br>Plaintiff )<br> )<br>vs. )<br> )<br>ANDREW SAUL, Commissioner, )<br>Social Security Administration, )<br>Defendant ) | Civil Action No. 2:19-cv-00012 KGB-JTK |

## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

### INSTRUCTIONS

This recommended disposition has been submitted to United States District Judge Kristine G. Baker. The parties may file specific objections to these findings and recommendations and must provide the factual or legal basis for each objection. The objections must be filed with the Clerk no later than fourteen (14) days from the date of the findings and recommendations. A copy must be served on the opposing party. The District Judge, even in the absence of objections, may reject these proposed findings and recommendations in whole or in part.

### RECOMMENDED DISPOSITION

Before the Court is the Defendant's Unopposed Motion To Reverse and Remand (Doc. No. 13) to the Commissioner ("Defendant") for further administrative proceedings. Upon examination of the merits of this case, it is hereby recommended that this Motion be granted and this case be reversed and remanded to the Commissioner for further administrative action pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

SO ORDERED this 23rd day of July, 2019.

_____
UNITED STATES MAGISTRATE JUDGE